# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:12-CR-239

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **TOBY HUNTER (6)** | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION.

The Government is hereby ORDERED to respond to the *pro se* Motion for Relief under Rule 52(b) [doc. 1295] within fourteen (14) days from the signing of this Order.

SO ORDERED.

Signed: January 30, 2019

Graham C. Mullen
United States District Judge